IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>        Plaintiff,<br><br>        v.<br><br>STANLEY R. KRUTE, COLETTE GELINAS COWLES, STATE OF CALIFORNIA FRANCHISE TAX BOARD, SISKIYOU COUNTY<br><br>        Defendants. | Civil No. 2:10-CV-03241-KJM-CMK<br><br>ORDER EXTENDING TIME FOR DEFENDANT STANLEY R. KRUTE TO RESPOND TO UNITED STATES' COMPLAINT |

    Based upon the parties' stipulation and for good cause shown, the Court hereby ORDERS that the STIPULATION FOR ORDER EXTENDING DEFENDANT STANLEY R. KRUTE'S TIME TO RESPOND TO UNITED STATES COMPLAINT is GRANTED and Stanley R. Krute shall have up to, and including, March 2, 2011, within which to file a response to the Complaint.

IT IS SO ORDERED.

DATED: February 1, 2011.

_____
UNITED STATES DISTRICT JUDGE