IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Civil No. 2:10-CV-03241-KJM-CMK |
| ) | |
| Plaintiff, ) | |
| ) | ORDER EXTENDING TIME FOR |
| v. ) | DEFENDANT SISKIYOU COUNTY |
| ) | TO RESPOND TO UNITED STATES' |
| STANLEY R. KRUTE, COLETTE ) | COMPLAINT |
| GELINAS COWLES, STATE OF ) | |
| CALIFORNIA FRANCHISE TAX ) | |
| BOARD, SISKIYOU COUNTY ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

   Based upon the parties' stipulation and for good cause shown, the Court hereby ORDERS

that the STIPULATION FOR ORDER EXTENDING DEFENDANT SISKIYOU COUNTY'S

TIME TO RESPOND TO UNITED STATES COMPLAINT is GRANTED and Siskiyou County

shall have up to, and including, February 9, 2011, within which to file a response to the

Complaint.

IT IS SO ORDERED

DATED:  February 1, 2011.

_____
UNITED STATES DISTRICT JUDGE