IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CIV S-10-3241-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STANLEY R. KRUTE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff brings this civil action to reduce outstanding federal tax liens to a judgment and for foreclosure of federal tax liens.  No opposition to the pending motion has been filed.  Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for November 2, 2011, at 10:00 a.m. before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

      IT IS SO ORDERED.

 DATED:  November 2, 2011

 

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE