JOHN A. DICICCO
Principal Deputy Assistant Attorney General

LAUREN M. CASTALDI
ANNE NELSON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone:   (202) 514-6632
Facsimile:   (202) 307-0054
E-mail:   lauren.m.castaldi@usdoj.gov
                anne.e.nelson@usdoj.gov

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>STANLEY R. KRUTE, COLETTE )<br>GELINAS COWLES, STATE OF )<br>CALIFORNIA FRANCHISE TAX )<br>BOARD, SISKIYOU COUNTY )<br>)<br>Defendants. )<br>)<br>_____ ) | Civil No. 10-CV-03241-KJM-CMK<br><br>RESPONSE TO OBJECTION TO FINDINGS AND RECOMMENDATIONS |

Pursuant to this Court's Order dated January 23, 2012, the United States of America, by and through its undersigned counsel, hereby submits the following Response to the Objection filed by defendant Stanley R. Krute.

The Objection is Mr. Krute's first real participation in this case since submitting the joint status report in May of 2011. (*See* Dkt. # 26 ). As identified in the United States' Motion for Summary Judgment, after the joint status report was filed, Mr. Krute failed to participate in discovery in this case. (*See* Dkt # 29-1, p. 2). He did not provide initial disclosures and he did not respond to the United States' Requests for Admission or Requests for Interrogatories. *Id.* Mr. Krute also did not respond or file an opposition to the United States' Motion for Summary

Judgment. (See Dkt. # 29-33). It was not until after the Magistrate issued his findings and recommendations on the United States' Motion for Summary Judgment, that Mr. Krute has come forward to state his case. (*See* Dkt. # 35). While Mr. Krute's Objection may be sympathetic, it does not raise any specific objections to the Magistrate's Findings and Recommendations and the United States respectfully submits that it should not preclude this Court from accepting the Magistrate's Findings.

When considering an objection to a Magistrate's Findings and Recommendations, the district court judge reviews de novo the portions of the proposed findings of fact to which an objection is made; as to any portion of the proposed findings of fact to which no objection is made, the district court is to presume their correctness and decide the case on the applicable law. *Karis v. Vasquez*, 828 F.Supp. 449 (E.D.Cal. 1993). In his Objection, Mr. Krute does not make any specific objections to the Magistrate's findings. Indeed, Mr. Krute's Objection does not even contest the Magistrate's factual or legal findings, nor does it put forward any new facts to create a genuine issue of material fact to preclude summary judgment in this case. The Objection simply is a plea for a full hearing of the case. The United States' submits that because Mr. Krute has not presented any specific objections to the Magistrates' Findings and has not identified any factual or legal errors in either the Magistrate's Findings or the United States' Motion for Summary Judgment, that this Court should deny his request for a full hearing and accept the Magistrate's Findings and Recommendations as written.

Respectfully submitted,

JOHN A. DICICCO
Principal Deputy Assistant Attorney General

*/s/ Anne E. Nelson*
LAUREN M. CASTALDI
ANNE E. NELSON
Trial Attorneys, Tax Division
U.S. Department of Justice

BENJAMIN B. WAGNER
United States Attorney
*Of Counsel*

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing RESPONSE TO OBJECTION has been made this 23rd day of February, 2012, by depositing a copy thereof in the United States Mail in a postage prepaid envelope addressed to:

STANLEY R. KRUTE
18617 Camp Creek Rd.
Hornbrook, California 96044
*In pro per*

ROBERT E. ASPERGER
Deputy Attorney General
PO Box 944255
Sacramento, CA 94244
Attorney for the State of California Franchise Tax Board

DANA BARTON
Deputy County Counsel
P.O. BOX 659
205 Lane Street
Yreka, California 96097
Attorney for Siskiyou County

*/s/ Anne E. Nelson*
ANNE E. NELSON
Trial Attorney, Tax Division
U.S. Department of Justice