IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CIV S-10-3241-KJM-CMK |
| Plaintiff, | |
| vs. | <u>ORDER</u> |
| STANLEY R. KRUTE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff brings this civil action to reduce outstanding federal tax liens to a judgment and for foreclosure of federal tax liens. The matter was referred to a United States Magistrate Judge as provided by Eastern District of California local rules.

On January 24, 2012, the magistrate judge filed findings and recommendations, which were served on the parties and which contained notice that the parties may file objections within a specified time. Defendant filed timely objections to the findings and recommendations, and the government has filed a reply.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and by the proper analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed January 24, 2012, are adopted in full;

2. Plaintiff's unopposed motion for summary judgment (ECF No. 29) is granted;

3. All hearings are vacated; and

4. Plaintiff's counsel shall submit a proposed final judgment within seven days of the date of this order.

DATED: February 28, 2012.

_____
UNITED STATES DISTRICT JUDGE