1   JOHN A. DICICCO
    Principal Deputy Assistant Attorney General
2
    LAUREN M. CASTALDI
3   ANNE NELSON
    Trial Attorneys, Tax Division
4   U.S. Department of Justice
    P.O. Box 683
5   Ben Franklin Station
    Washington, D.C.  20044-0683
6   Telephone:    (202) 514-6632
    Facsimile:    (202) 307-0054
7   E-mail:       lauren.m.castaldi@usdoj.gov
                  anne.e.nelson@usdoj.gov
8
    BENJAMIN B. WAGNER
9   United States Attorney
    *Of Counsel*

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Civil No. S-10-CV-03241-KJM-CMK |
| Plaintiff, | JUDGMENT |
| v. | |
| STANLEY R. KRUTE, COLETTE GELINAS COWLES, STATE OF CALIFORNIA FRANCHISE TAX BOARD, SISKIYOU COUNTY | |
| Defendants. | |

Upon motion of plaintiff United States of America for Summary Judgment against defendant Stanley R. Krute, IT IS HEREBY ORDERED AND ADJUDGED AS FOLLOWS:

1.  JUDGMENT is hereby entered in favor of the United States and against Stanley R. Krute for the unpaid assessed balances on individual federal income taxes and accrued interest and penalties for tax years 1998 and 1999 in the amount of $166,080.71 as of November 1, 2011 (*see* Dkt # 33, p. 2), plus interest pursuant to 28 U.S.C. § 1961(c)(1) and 26 U.S.C. § 6601, 6621, and 6622, and other statutory additions allowed by law, less any payments and credits.

2. The United States has valid federal tax liens against property and rights to property of Stanley R. Krute, including but not limited to his interest in the following three parcels of real property ("the subject properties"):

a. Real property located at 18617 Camp Creek Road, Hornbrook, California is situated in the County of Siskiyou, State of California, legally described as follows:

Lot 33, according to the Parcel Map Survey for Mr. Jack Nathan and Mr. Joe Gorrono of a portion of Township 48 North, Range 5 West, M.D.M., filed July 21, 1970 in Parcel Map Book 1, pages 37 through 39 inclusive, Siskiyou County Recorder's Office.  APN: 041-010-320

b. Real property in the Unincorporated Area situated in the County of Siskiyou, State of California, legally described as follows:

The Northwest quarter of Section 28, Township 48 North, Range 5 West, M.D.M.
Excepting therefrom the East half of the Northeast quarter of the Northwest quarter of Section 28.  Together with a non-exclusive 60 foot wide road and utilities right of way over the road as shown on the Parcel Map on file in the Siskiyou County Recorder's Office in Parcel Map Book 1, pages 37 through 39.  APN: 041-040-040.

c. Real property in the Unincorporated Area situated in the County of Siskiyou, State of California, legally described as follows:

Parcel 34 according to the Parcel Map Survey for Mr. Jack Nathan and Mr. Joe Gorrono of a portion of Township 48 North, Range 5 West, M.D.M., filed July 21, 1970 in Parcel Map Book 1, pages 37 through 39 inclusive, Siskiyou County Recorder's Office.  APN: 041-010-330.

3. The federal tax liens on the subject properties may be enforced and the properties sold pursuant to 28 U.S.C. § 2001.  The court, if necessary, will issue a separate Order of Judicial Sale at the application of the United States.

**IT IS SO ORDERED.**

DATED: March 7, 2012.

_____
UNITED STATES DISTRICT JUDGE