**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CIV S-10-3241-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STANLEY R. KRUTE, et al., | |
| Defendants. | |
| _____/ | |

Plaintiff brings this civil action to reduce outstanding federal tax liens to a judgment and for foreclosure of federal tax liens. Pending before the court is plaintiff's motion to confirm judicial sale and distribute proceeds (Doc. 45). The matter was heard on October 30, 2013, before the undersigned in Redding, California. Anna Nelson, Esq., appeared for plaintiff. Defendant did not oppose the motion or appear at the hearing.

Good cause appearing therefor, the motion is granted.

/ / /

/ / /

/ / /

/ / /

1

1           The sale of the Parcel A specifically described as 18617 Camp Creek Road,

2    Hornbrook, California, and legally described as:

3           Lot 33, according to the Parcel Map Survey for Mr. Jack Nathan
            and Mr. Joe Gorrono of a portion of Township 48 North, Range 5
4           West, M.D.M., filed July 21, 1970, in Parcel Map Book 1, pages
            37 through 29 inclusive, Siskiyou County Recorder's Office.
5           APN: 041-010-320.

6    is hereby confirmed.

7           Plaintiff shall promptly deliver a deed of sale to the purchaser.

8           The Clerk of the Court shall disburse all proceeds of the sale from the court's

9    registry in the following manner:

10          <u>First</u>, to the IRS in the amount of $1,067, which sum is to be

11          applied to costs incurred in selling the property.  The check shall be

12          payable to the Internal Revenue Service and sent to:

13               Hallie Lipscomb

14               Property Appraisal &Liquidation Specialist
                 Internal Revenue Service
15               4330 Watt Ave.
                 Sacramento, CA 95821

16

17          <u>Second</u>, to Siskiyou County in the amount of $1,100.85 (if paid on

18          or before October 31, 2013) or $1,123.46 (if paid on or before

19          November 30, 2013) or $1,136.00 (if paid on or before December

20          31, 2013), which sum is to be applied to the unpaid property taxes.

21          The check shall be payable to Siskiyou County Tax Collector

22          Assessment Number 041-010-320-000, and sent to:

23               Siskiyou County Tax Collector
                 311 4th Street, Room 104
24               Yreka, CA 96097

25   / / /

26   / / /

1         <u>Third</u>, the remainder of the proceeds to the State of California Franchise Tax Board, which payment is to be applied first towards the outstanding assessment dated May 22, 2000, for tax year 1998 and second towards the outstanding assessment dated December 8, 2001, for tax year 1999. The check shall be payable to the Franchise Tax Board, with Taxpayer ID number 121-41098-80, and sent to:

> Franchise Tax Board
> Attn: Veronica Baez
> Collection Advisory Team, MS A-240
> 9646 Butterfield Way
> Sacramento, CA 95827

        IT IS SO ORDERED.

DATED: December 16, 2013

                                      /s/ Craig M. Kellison
                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE