IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CIV S-10-3241-KJM-CMK |
| Plaintiff, | |
| vs. | ORDER |
| STANLEY R. KRUTE, et al., | |
| Defendants. | |
| _____/ | |

      Plaintiff brings this civil action to reduce outstanding federal tax liens to a judgment and for foreclosure of federal tax liens. Pending before the court is plaintiff's motion to confirm judicial sales and distribute proceeds (Doc. 48). The matter was heard on April 4, 2014, before the undersigned in Redding, California. Anne Nelson, Esq., appeared for plaintiff. Defendant did not oppose the motion or appear at the hearing.

      Good cause appearing therefor, the motion is granted.

      The sale of the Parcel B, described as real property in the Unincorporated Area situated in the County of Siskiyou, State of California, legally described as:

> The Northwest quarter of Section 28, Township 48 North, Range 5 West, M.D.M. Excepting therefrom the East half of the Northeast quarter of the Northwest quarter of Section 28. Together with a

        non-exclusive 60-foot-wide road and utilities right-of-way over the road as shown on the Parcel Map on file in the siskiyou County Recorder's Office in Parcel Map Book 1, pages 37 through 29. APN: 041-040-040.

is hereby confirmed.

        Plaintiff shall promptly deliver a deed of sale to the purchaser.

        The sale of Parcel C, described as real property in the Unincorporated Area situated in the County of Siskiyou, State of California, legally described as:

        Parcel 34 according to the Parcel Map Survey for Mr. Jack Nathan and Mr. Joe Gerrono of a portion of Township 48 North, Range 5 West, M.D.M., filed July 21, 1970, in Parcel Map Book 1, pages 37 through 39 inclusive, Siskiyou County Recorder's Office. APN: 041-010-330.

is hereby confirmed.

        Plaintiff shall promptly deliver a deed of sale to the purchaser.

        Pursuant to the stipulation filed on April 9, 2014, the State of California Franchise Tax Board shall return the check it received in the amount of $92,764.77 to the Clerk of the Court to be reposited in the court's registry.

        Upon receipt of the check, the Clerk of the Court shall disburse all proceeds in the court's registry in the following manner:

        <u>First</u>, to the IRS in the amount of <u>$545.00</u>, which sum is to be applied to costs incurred in selling the property. The check shall be payable to the Internal Revenue Service and sent to:

        Hallie Lipscomb

        Property Appraisal &Liquidation Specialist
        Internal Revenue Service
        4330 Watt Ave.
        Sacramento, CA 95821

        <u>Second</u>, to Siskiyou County in the amount of <u>$12,723.90</u> (if paid by April 10, 2014) or <u>$12,809.30</u> (if paid after April 10, 2014, but prior to May 1, 2014) or <u>$12,898.79</u> (if paid after May 1, 2014, but prior to June 1, 2014), which sum is to be applied to the unpaid property taxes for Assessment Numbers 041-040-040-000 and 041-010-330-000. The check shall be payable to Siskiyou County Tax Collector Assessment Numbers 041-040-040-000 and 041-010-

330-000, and sent to:

> Siskiyou County Tax Collector
> 311 4th Street, Room 104
> Yreka, CA 96097

<u>Third</u>, to the State of California Franchise Tax Board in the amount of <u>$26,601.94</u>, which payment is to be applied first towards the outstanding assessment dated May 22, 2000, for tax year 1998 and second towards the outstanding assessment dated December 8, 2001, for tax year 1999.  The check shall be payable to the Franchise Tax Board, with Taxpayer ID number 121-41098-80, and sent to:

> Franchise Tax Board
> Attn: Veronica Baez
> Collection Advisory Team, MS A-240
> 9646 Butterfield Way
> Sacramento, CA 95827

<u>Fourth</u>, to the United States the <u>total remaining proceeds</u>, which payment is to be applied towards the outstanding assessments made on June 3, 2002, for tax year 1999.  The Check shall be payable to the United States Treasury, with a notation for Stanley Krute, Case No. 10-CV-03241-KJM-CMK, and sent to:

> Tax FLU
> Office of Review
> c/o William Thompson
> P.O. Box 310
> Ben Franklin Station
> Washington, DC 20044-0310

The Clerk of the Court shall forward a copy of this order to the court's Financial Department.

IT IS SO ORDERED.

DATED: April 14, 2014

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE